**Order filed February 5, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-01019-CV
_____

**NEWELL M. EVANS, Appellant**

**V.**

**THEODORE P. FULLER, Appellee**

---

**On Appeal from the 240th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 11-DCV-187877**

---

## ORDER

On September 11, 2014, appellant filed a notice of appeal of the denial of a motion for reinstatement. According to information provided to this court, it appears the judgment may not be a final, appealable order.

The clerk's record has not been filed in this appeal. On February 2, 2015, appellant filed a motion to proceed as indigent.

To determine our jurisdiction over this appeal, and if jurisdiction exists, whether appellant is entitled to proceed without the advance payment of costs, we issue the following order for a partial clerk's record.

We order the Fort Bend County District Clerk to file a partial clerk's record with the clerk of this court on or before **March 5, 2015.** In order that this court may ascertain its jurisdiction over the appeal, the **partial clerk's record** shall contain **(1)** the judgment being appealed; **(2)** any motion for new trial, other post-judgment motion, or request for findings of fact and conclusions of law; and **(3)** the notice of appeal. In addition, the **partial clerk's record** shall contain: **(4)** appellant's affidavit of indigence, if any; **(5)** the contest(s) to the affidavit of indigence, if any; **(6)** the trial court's order ruling on any contest; and **(7)** any other documents pertaining to the claim of indigence and the contests thereto.

PER CURIAM